**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

_____X
**NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER,**                                                **CIVIL ACTION NO. 3:17-cv-30161-MGM**
                    **Plaintiff,**
v.

**KIM M. KILMER,**
                    **Defendant.**
_____X

**REQUEST FOR DEFAULT**
**(Pursuant to Fed. R. Civ. P.55(a))**

I, the undersigned attorney for the above named Plaintiff, Nationstar Mortgage, LLC d/b/a Mr. Cooper("Nationstar"), state that the Complaint in which a judgment is sought against the Defendant herein, was filed on November 6, 2017; that the summons and a copy of the Complaint have been served on the Defendant, Kim M. Kilmer at her last and usual address on December 21, 2017, as appears from the officer's return; that the time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the Defendant herein has failed to serve or file an answer or otherwise defend as to the Complaint.

WHEREFORE, the Plaintiff makes application that the Defendant be defaulted.

                                                            Respectfully Submitted,
                                                            Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                            By its attorneys,

Dated: April 9, 2018                                         /s/Elizabeth W. Dailey, Esq.__
                                                            Elizabeth W. Dailey, Esq. (BBO #562178)
                                                            Reneau J. Longoria, Esq. (BBO# 635118)
                                                            Patrick Beaton, Esq. (BBO #661215)
                                                            Brian Linehan, Esq. (BBO #690437)
                                                            DOONAN, GRAVES & LONGORIA, LLC
                                                            100 Cummings Center, Suite 225D
                                                            Beverly, MA 01915

Tel. (978) 921-2670
bd@dgandl.com